UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| PATRICK JOHN KUSTERMANN, II, | Civil No. 05-1383 (MJD/JGL) |
| Plaintiff, | |
| v. | **ORDER** |
| WELLS FARGO, N.A.,<br>a CA corporation, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 2), is DENIED; and

2. The action id summarily DISMISSED for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3).

Dated: August 19, 2005

                                                s/ Michael J. Davis
                                                MICHAEL J. DAVIS
                                                Judge, U.S. District Court